# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

AUDREY MCDANIELS,            :
     Plaintiff,              :
        v.                 :          CIVIL ACTION
                             :          NO. 12-6514

CITY OF PHILADELPHIA, et al.,  :
     Defendants.           :
_____:

## ORDER

**AND NOW,** this 31ˢᵗ day of October 2013, upon consideration of Defendants' Motions to Dismiss [Doc. No. 24 and 25], and Plaintiff's response thereto [Doc. No. 27], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED**.  To the extent that Plaintiff raises claims on behalf of her minor children, those claims are dismissed without prejudice, and may be renewed consistent with this opinion.  Plaintiff's claims on her own behalf are dismissed with prejudice as time barred or for failure to state a claim against Defendants.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE**